## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### No. 8:05-CV-530-T-27-TBM

| | |
|---|---|
| THERESA MARIE SCHINDLER SCHIAVO, Incapacitated *ex rel.* ROBERT SCHINDLER and MARY SCHINDLER, her Parents and and Next Friends, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| MICHAEL SCHIAVO, as Guardian of the Person of Theresa Marie Schindler Schiavo, Incapacitated; JUDGE GEORGE W. GREER and THE HOSPICE OF THE FLORIDA SUNCOAST, INC., | ) ) ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Theresa Marie Schiavo, Incapacitated, by and through her parents and next friends Robert and Mary Schindler, in the above-named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered denying Plaintiffs' Motion for Temporary Restraining Order in this action on the twenty-first day of March, 2005.

        S/_____
        David Gibbs III
        Florida Bar #  0992062
        Gibbs Law Firm, P.A.
        5666 Seminole Blvd, Suite 2
        Seminole, FL. 33772
        (727) 399-8300

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/  David C. Gibbs III