Rec'd.
~~FILED~~

Date 3/22/05 Time

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

8:05-CV-530-
T-27-
TBM

RECEIPT FOR PAYMENT
DISTRICT COURT OF MIDDLE
FLORIDA
TAMPA DIVISION
WWW.FLMD.USCOURTS.GOV

REIJOLD FRANK

GLOBE LAW FIRM, P.A.

Case Number: 8:05CV00530

3/22/05

Party ID:

Tender Type:        CHECK

Notice of Appeal-005089

Remarks:

05-00530

Notice of Appeal-005089

Remarks:

Subtotal

Receipt Total:

Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date: 3/22/05
Clerk: